*Inerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for respondent.

No. 238. ESTATE OF LOUGHRIDGE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Thomas F. Boyle* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for respondent.

No. 239. SCHWARZ *v.* WEST. C. A. 7th Cir. Certiorari denied. *Alphonse Cerza* for petitioner. *Meyer J. Myer* for respondent.

No. 241. KOUTSKY-BRENNAN-VANA Co. *v.* DANEBO LUMBER Co., INC. ET AL. C. A. 9th Cir. Certiorari denied. *S. L. Winters* for petitioner. *Carl E. Davidson* for respondents.

No. 242. KOUTSKY-BRENNAN-VANA Co. ET AL. *v.* FURROW. C. A. 9th Cir. Certiorari denied. *S. L. Winters* for petitioners. *Carl E. Davidson* for respondent.

No. 244. VIENI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Henry K. Chapman* for petitioner. *Frank S. Hogan* for respondent.

No. 273. MACCABEES ET AL. *v.* CARTER. C. A. 6th Cir. Certiorari denied. *Thomas G. Watkins, David A. Hersh* and *George G. Perrin* for petitioners. *John J. Hooker* for respondent.

No. 43. ILLINOIS EX REL. WOODS *v.* TUOHY, PRESIDING JUSTICE, ET AL.; and

No. 125. WOODS *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. Supreme Court of Illinois. The motions